UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80099-CR-CANNON

UNITED STATES OF AMERICA

vs.

DANIEL ELIE BOUAZIZ,

Defendant.
_____/

## NOTICE OF LIS PENDENS

GRANTEE: Daniel Bouaziz

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on June 23, 2022, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida, charging the defendant with violations of 18 U.S.C. §§ 1341, 1343, and 1957. Pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 21 U.S.C. §853(p), the United States of America may seek to forfeit the real property located at **228 9th Street, West Palm Beach, Florida 33401**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Lot 15, 16, 17, and 18, Block 10, GRUBER-CARLEBERG ADDITION TO WEST PALM BEACH, according to the Plat thereof, recorded in Plat Book 7, Page 63, of the Public Records of Palm Beach County, Florida.
>
> a/k/a 228 9 st,. West Palm Beach, FL 33401
>
> Folio No. 74-43-43-15-19-010-0150

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at West Palm Beach, Florida.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY**

By: _____
Peter A. Laserna
Assistant United States Attorney
Court ID No. A5502555
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5770
E-mail: peter.laserna@usdoj.gov