UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-80099-CR-AMC

UNITED STATES OF AMERICA,

vs.

DANIEL ELIE BOUAZIZ,

Defendant.
_____/

## FACTUAL PROFFER

The United States and Defendant DANIEL ELIE BOUAZIZ (hereinafter "BOUAZIZ"), stipulate and agree that if the above-captioned case had proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt, which prove that BOUAZIZ is guilty of Count 17 of the Indictment, which charges the Defendant with money laundering in violation of Title 18, United States Code, Sections 1957 and 2.

BOUAZIZ was an art dealer and the owner of art galleries, to include Danieli Fine Art and Galerie Danieli, located at 226A and 230 Worth Avenue, respectively, in Palm Beach County in the Southern District of Florida.

BOUAZIZ and his businesses, to include VIP Rentals LLC ("VIP Rentals"), doing business as Danieli Fine Art, had bank accounts with TD Bank, N.A. ("TD Bank"). TD Bank was a financial institution based in Delaware whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC") and affected interstate commerce.

BOUAZIZ knowingly engaged in and attempted to engage in a monetary transaction, by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally

1

derived property of a value greater than $10,000, such property having been derived from specified unlawful activity. That unlawful activity is stipulated to be the sale of counterfeit art, using means of interstate commerce to carry out the sale and transfer of proceeds, all in violation of 18 USC Sec. 1343 & 2.

Specifically, on or about October 25, 2021, BOUAZIZ sold counterfeit artwork, to include pieces purportedly by artist Andy Warhol ("Warhol") to a victim (hereinafter referred to as "D.N.") out of his Palm Beach art galleries. BOUAZIZ had told "D.N." that the works that he was selling for between $75,000 and $240,000 were authentic, original Warhol pieces, and that some of the pieces were signed by the artist. Relying upon BOUAZIZ's false and fraudulent representations, "D.N." purchased artwork from the defendant.

On or about October 25, 2021, a $200,000.00 check from "D.N." (a down-payment for the art purchase) was deposited at a bank in West Palm, Florida into BOUAZIZ's TD Bank Account -9884 for the defendant's business VIP Rentals (BOUAZIZ was a signatory on the bank account). Before the check from "D.N." was deposited, Account -9884 had approximately $50,912 in available funds. On or about October 26, 2021, funds were comingled when $200,000.00 was transferred through a wire from Account -9884 to BOUAZIZ's personal TD Bank Account -3205 (for which BOUAZIZ is the sole signatory); and $50.000.00 was transferred by wire from Account -3205 back to Account -9884, and then money was sent by wire to other accounts. BOUAZIZ was in the Southern District of Florida, making credit card transactions, on or about October 25-26, 2021.

*[The remainder of this page was intentionally left blank.]*

The parties stipulate and agree that such funds were the proceeds of criminal acts.

                                               MARKENZY LAPOINTE
                                               UNITED STATES ATTORNEY

Date: 2/16/23                   By:   *Sarah J. Schall*
                                               SARAH SCHALL
                                               ASSISTANT U.S. ATTORNEY

Date: 2-21-23                  By:   _____
                                               HOWARD J. SCHUMACHER, ESQ
                                               ATTORNEY FOR DEFENDANT

Date: 02/21/23                 By:   _____
                                               DANIEL ELI BOUAZIZ
                                             DEFENDANT