# EXHIBIT F

danieliartworld

Some of different charity Parties @ galle



Mayor of West Palm Beach Jeri Muoio at the parly - Danielartworld.


12:45

danieliartworld



12:44



**Martin Scott Grissom**

Mar 3, 2018 ·

Wonderful Private Dinner Party
at Daniels Art World Gallery,
The moon was full..
Hosted the event outside ,
Fabulous brocade chairs,
Just magical, the music,
The art, the food and fashion.
One of those rare gems of an
event!
Thank you Ms Sophia
Baratashvili,
You bring such gorgeous energy
to this town!
Shine
M

17 3 comments

Like Comment Share



← Search

**Art World Gallery**

May 25, 2017 ·

Beautiful evening with great friends! Thank you Dan Danieli!






4 2 comments

Like Comment Message

Search

**Murat Şişmanoğlu** and **Les Blachut**.

Nov 27, 2016 ·

Great night at Danieli ArtWorld





Elisabeth Bouaziz and 3 others

Like Comment Share

12:46

# Portraits & More”

## February 28, 6-9 pm

at:

925 North Railroad Avenue, 33401, West Palm Beach, Florida
Phone: 1 561 537 1511 Email: info@danieliartworld.com




1:50
38%




Peter Rains 05/08/2021


1:50




privat party @ Danieli Art World 2017.

Event @ Worth Av.

