# EXHIBIT G

12:50

Search

Like Comment Share

**Gyorgy Lakatos**

Mar 5, 2017 ·

Come to see us next Sunday !
Purim at Danieli ArtWorld
Presented by:Palm Beach Synagogue!




SUN, MAR 12, 2017

**Purim pARTy**

Danieli Art World G... ★ Interested

You like Danieli Art World Gallery

7 2 comments





