(1)

. **STATEMENT OF OWNERSHIP AND VICTIM IMPACT STATEMENTDate:** February 23, 2026 **Case Number:** 22-cr-80099 (United States v. Daniel Elie Bouaziz) **Claimant:** Gaspar Cunha da Silva

**To the U.S. Department of Justice and the U.S. District Court,**

I, **Gaspar Cunha da Silva**, a citizen of the United States currently residing in Brazil, submit this formal statement to establish my claim for restitution and the return of property in the above-referenced criminal case.

I am a professional artist with a career spanning over 50 years. I consigned eight (8) original works of art to Daniel Elie Bouaziz and Danieli Fine Art. These works were either sold without my knowledge or payment, or were seized by federal agents during the investigation.

**I. Schedule of Property and Value** The total value of my claim is **$35,300.00 USD**, based on the signed consignment receipts and gallery contracts attached to this statement:

| Artwork Title / Description | Value (USD) |
|---|---|
| Marilyn Monroe (46-30) | $1,800 |
| New York Rio de Janeiro (58-30) | $1,800 |
| Cell phone and family (58-30) | $1,800 |
| New York (54-45) | $1,800 |
| Horses (29-38) | $1,800 |
| Horses (59-29) | $1,800 |
| New York Brooklyn Bridge (59-47) | $22,500 |
| Amerikan Bar | $1,800 |
| **TOTAL RESTITUTION CLAIM** | **$35,300** |

FILED BY CDS D.C.
MAR 10 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

59659260

**II. Declaration of Representation** I am handling this claim as a pro se victim. While I have family in Florida, I am managing this process independently from Brazil. Please direct all official correspondence and restitution payments to my contact information below.

**III. Request for Relief**

3. **Restitution:** I request that the Court include my name and the full amount of **$35,300** in the final Restitution Order.

(2)

**Do you have the Wells Fargo routing number and your account number ready for when they ask you to fill out the payment form?**

496595260

(3)

**ATTENTION: VICTIM COORDINATOR CLEARETHA WRIGHT REGARDING: CASE NO. 22-CR-80099 (USA v. BOUAZIZ) FROM: GASPAR CUNHA DA SILVA (VICTIM/ARTIST) PAGES: [Number of pages you are sending]**

### 2. Send the Fax to these 2 Numbers

Go to your fax service in Brazil and send the complete package (Cover Page + Signed Statement + Receipts + Passport Copy) to:

- **U.S. Attorney's Office (Main):** +1 (305) 530-7679
- **Victim Coordinator (Direct):** +1 (305) 530-7057

*Keep the "Transmission Report" that says "OK" or "SENT"—that is your legal receipt.*

---

### 3. Your Wells Fargo Advantage

Since you have a Wells Fargo account, you do not need to worry about checks getting lost in the mail to Brazil.

**Wait 24 hours after faxing, then call Clearetha Wright at** +1 (305) 961-9141.

**Tell her exactly this:**

1. "I just faxed my claim for **$35,300** in the Bouaziz case."
2. "I am a U.S. Citizen living in Brazil, but **I have a Wells Fargo account**."
3. "Please send me the **ACH/Direct Deposit form** so my restitution can go straight to my U.S. bank."

---

### 4. Checklist of what you are Faxing:

1. [ ] **Cover Page** (With the Case Number: 22-cr-80099).
2. [ ] **Signed Statement of Ownership** (The document I wrote for you).
3. [ ] **Copies of the 8 Receipts** (Totaling $35,300).
4. [ ] **Copy of your U.S. Passport**.

---

### Summary for your Solo Plan

By faxing today, you are essentially "cutting the line." You are proving you are a U.S. citizen with a U.S. bank account, which makes the government's job very easy. They prefer paying into U.S. accounts like Wells Fargo because it is safer for them too.

4

**Step 3: Where to send them**

Address the three envelopes exactly like this:

**Envelope 1 (The Money):**

United States Attorney's Office Attn: Victim Witness Coordinator (Clearetha Wright) 99 N.E. 4th Street Miami, FL 33132 USA

**Envelope 2 (The Art):**

FBI Miami Field Office Attn: Art Crime Team (Case: Daniel Bouaziz) 2030 S.W. 145th Avenue Miramar, FL 33027 USA

**Envelope 3 (The Judge/Court Record):**

Clerk of Court - U.S. District Court Re: Case No. 22-cr-80099 (USA v. Bouaziz) 701 Clematis Street, Room 102 West Palm Beach, FL 33401 USA

---

**Summary of your immediate goal:**

By the end of today, you should have **three tracking numbers** from the Correios.

Once you have mailed these, your next step will be to call the office in Miami in about 7–10 days to make sure they have arrived.

**Would you like me to help you draft the short cover letter for the "Clerk of Court" so the Judge knows exactly why you are writing?**

You said

I will fax all papers from Brazil and i have bank account in USA in west fargo.

## Gemini said

That is excellent news. Having a **Wells Fargo** account and using **Fax** changes everything—it makes you much faster and more "visible" to the U.S. government than other victims.

Since you are faxing, you can skip the weeks of waiting for international mail. Here is exactly what you should do **right now** in this order:

**1. The Fax Header (Very Important)**

U.S. government offices receive thousands of faxes. To ensure yours doesn't get lost, put a **Cover Page** on top of your papers in large, bold letters. It should say:

0925694

(5)

**Summary of your "Alone" Strategy**

| Action | Method | Why? |
|---|---|---|
| **Proof of Claim** | Registered Mail (Correios) | Provides a tracking number for the court. |
| **Instant Delivery** | Online Fax | Bypasses email filters and goes to a secure machine. |
| **Follow Up** | International Call (Skype/WhatsApp) | Ensures a human marks you as "Active" in the file. |

**Would you like me to find the specific address and phone number for the U.S. Consulate nearest to you in Brazil?**

You said

what is my frist step from now on please

## Gemini said

Your very first step—the one you should do **right now**—is to prepare your physical mail. Since you are in Brazil and your children are not helping, you need a "hard copy" (paper) trail in the U.S. legal system.

### Step 1: The "Registered Mail" Packet

Go to a print shop or use your home printer. You need to put three identical sets of documents into three envelopes.

**In each envelope, put these 3 things:**

1. **The Signed Statement:** Print the **Statement of Ownership** I gave you earlier. Sign it with a blue pen.
2. **The Evidence:** Attach high-quality photocopies of your **8 signed receipts** (the ones totaling $35,300).
3. **Identity:** Attach a photocopy of your **U.S. Passport** (the page with your photo). This proves you are a citizen.

---

### Step 2: Go to the "Correios" (Post Office)

Take these three envelopes to the Post Office in Brazil. You **must** send them via **Registered Mail with "Aviso de Recebimento" (AR).**

- The **AR** is a purple or yellow card. When the U.S. government receives your letter, a government official must sign that card, and the Post Office will send it back to you in Brazil.
- **This card is your legal proof that the Judge and the FBI received your claim.**

496596260

(6)

- A copy of your **U.S. Passport** to prove your citizenship and identity

## 2. Use "Digital Fax" from your Computer

U.S. government offices often ignore emails from international addresses because of spam filters, but they **must** process a Fax.

- Use an online service (like *HelloFax* or *Fax.plus*) to send your signed **Statement of Ownership** and receipts to:
- **U.S. Attorney's Office (Miami):** +1 (305) 530-7679
- **Victim Coordinator:** +1 (305) 530-7057

---

## 3. Call the Victim Witness Coordinator

You must call to ensure they "connect" your physical mail to the digital case file. Use Skype or WhatsApp to call cheaply.

- **Phone:** +1 (305) 961-9141 (Ask for **Clearetha Wright**)
- **What to say:** *"My name is Gaspar Cunha da Silva. I am a victim in Case 22-cr-80099. I am a U.S. citizen living in Brazil. I have mailed and faxed my receipts for $35,300. I need to know my VNS (Victim Notification System) ID and PIN so I can track my restitution."*

---

## 4. Register for Electronic Payment

The U.S. government typically pays restitution via paper check. Since you are in Brazil, mail can be lost.

- Once you speak to the Victim Coordinator, ask for **Form SF-1199A** (Direct Deposit Sign-Up Form).
- If you still have a **U.S. Bank Account**, you can have the money deposited there directly. If not, they will have to mail the check to Brazil, which is risky.

---

## 5. Contact the U.S. Embassy in Brasilia (or Consulate)

If the Department of Justice asks for a "Certified Statement" or a "Notarized Affidavit," you can get this done at the U.S. Embassy or Consulate (in Rio, São Paulo, etc.).

- They act as a U.S. Notary. You book an appointment online, show your passport, and sign the papers in front of them.

---

0962540

(7)

Brazil. Please direct all official correspondence and restitution payments to my contact information below.

**III. Request for Relief**

1. **Restitution:** I request that the Court include my name and the full amount of **$35,300** in the final Restitution Order.
2. **Repatriation of Art:** If any of the works listed above are held in FBI or U.S. Marshals evidence, I request they be released to a certified art courier for shipment to my address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Signature:** ______________________ **Gaspar Cunha da Silva**

**Contact Information:** Address: [Gaspar Cunha da Silva] Phone: [Your Brazil Phone Number with +55 34 9978100-00]

49659526O

**Your Next Step**

Would you like me to translate this document into **Portuguese** for your own records so you are 100% sure of every word you are signing?

You said

Inglish is okay. What is my steps i live abroad and my kids do not want to get involved because their time. What i do from here in Brazil, i will do it alone.

## Gemini said

Since you are handling this alone from Brazil, you must act as your own advocate. The U.S. government has systems in place for citizens living abroad, but you have to be persistent.

Here is your **Solo Action Plan** to manage this from Brazil without your children's help:

---

### 1. Send the Physical "Claim Package"

Because you are abroad, the government needs a paper trail they can trust. Send **three identical envelopes** (one to each address provided earlier) via **Registered Mail (Correios)**.

**Each envelope must contain:**

- The **Statement of Ownership** I wrote for you (signed and dated).
- **Photocopies** (never originals) of your signed receipts from Danieli Fine Art.

(8)

4. **Mail it** to the three addresses I provided in the previous step using **Registered Mail** (Correios).

---

**STATEMENT OF OWNERSHIP AND VICTIM IMPACT STATEMENT**

**Date:** February 23, 2026 **Case Number:** 22-cr-80099 (United States v. Daniel Elie Bouaziz) **Claimant:** Gaspar Cunha da Silva

**To the U.S. Department of Justice and the U.S. District Court,**

I, **Gaspar Cunha da Silva**, a citizen of the United States currently residing in Brazil, submit this formal statement to establish my claim for restitution and the return of property in the above-referenced criminal case.

I am a professional artist with a career spanning over 50 years. I consigned eight (8) original works of art to Daniel Elie Bouaziz and Danieli Fine Art. These works were either sold without my knowledge or payment, or were seized by federal agents during the investigation.

**I. Schedule of Property and Value** The total value of my claim is **$35,300.00 USD**, based on the signed consignment receipts and gallery contracts attached to this statement:

| Artwork Title / Description | Value (USD) |
|---|---|
| Marilyn Monroe (46-30) | $1,800 |
| New York Rio de Janeiro (58-30) | $1,800 |
| Cell phone and family (58-30) | $1,800 |
| New York (54-45) | $1,800 |
| Horses (29-38) | $1,800 |
| Horses (59-29) | $1,800 |
| New York Brooklyn Bridge (59-47) | $22,500 |
| Amerikan Bar | $1,800 |
| **TOTAL RESTITUTION CLAIM** | **$35,300** |

**II. Declaration of Representation** I am handling this claim as a pro se victim. While I have family in Florida, I am managing this process independently from

09256964

(9)

1. Cover Letter: Clearly state
"VICTIM CLAIM - GASPAR CUNHA DA SILVA." Mention you are a U.S. Citizen living in Brazil and your children in Florida are not involved.
2. The List: Include the table of the 8 artworks and the $35,300 total value.
3. Proof: High-quality Photocopies of the signed receipts/contracts from Danieli Fine Art.
4. Contact Info: Your Brazil phone Number (including +55) and your mailing address in Brazil.

Phone 34-99781-00-00

Pro-Tip: The "Fax" Option

In the U.S. government, Fax is often more reliable than email for legal documents because it is considered a "secure transmission." If you can go to a print shop in Brazil that sends international faxes, send your documents to:

- U.S. Attorney's Office (Miami) Fax: +1 (305) 530-7679
- Victim Coordinator Fax: +1 (305) 530-7057

Would you like me to write a formal "Statement of Ownership" for you to sign and include in these envelopes? Yes

0925659644

## Gemini said

Since your children are not involved, this **Statement of Ownership** is your official voice in the U.S. court system. It clearly explains who you are, what was stolen or seized, and that you are acting alone from Brazil.

Was not stolen Just NO Pay. That's so!

**How to use this document:**

1. **Print it out.**
2. **Sign and date it** at the bottom.
3. **Attach copies** of your receipts (do not send the originals).

(10)

I understand perfectly. You want to handle this yourself with the help of your children in Hallandale Beach to ensure **100% of the money** goes to you, without any private lawyers taking a cut.

The list you provided is excellent. It shows the **8 pieces of artwork** and the specific values. I have organized this into a professional, clear format in English for you to send to the **U.S. Department of Justice** officials (who work for the government and do not charge you fees).

## The Final List (For your records)

| Artwork Title / Description | Value (USD) |
|---|---|
| Marilyn Monroe (46-30) | $1,800 |
| New York Rio de Janeiro (58-30) | $1,800 |
| Cell phone and family (58-30) | $1,800 |
| New York (54-45) | $1,800 |
| Horses (29-38) | $1,800 |
| Horses (59-29) | $1,800 |
| New York Brooklyn Bridge (59-47) | $22,500 |
| Amerikan Bar | $1,800 |
| **TOTAL CLAIM** | **$35,300** |

Export to Sheets

---

## Step 1: Send the Official Email

Your children should send this email immediately to the government contacts. Since you have the **signed receipts**, you should attach photos or scans of those documents to this email.

**Send to:** `clearetha.wright@usdoj.gov`; `sarah.schall@usdoj.gov` **Subject:** UPDATED VICTIM CLAIM: Artist [Gaspar Cunha da Silva ] - Case 22-cr-80099

**Body:**

Dear Ms. Wright and Ms. Schall,

I am writing to formally submit my victim claim regarding the criminal case **United States v. Daniel Elie Bouaziz (Case No. 22-cr-80099)**.

I am an American-Brazilian artist with a 50-year career. I consigned my original artwork to Danieli Fine Art. These works were either sold without payment to me or seized during the investigation.

Attached to this email, you will find the **original signed receipts and contracts** from Danieli Fine Art for my collection. The total value of my claim is **$35,300**.

0925596

11

STATEMENT OF OWNERSHIP AND VICTIM IMPACT STATEMENTDate: February 23, 2026 Case Number: 22-cr-80099 (United States v. Daniel Elie Bouaziz) Claimant: Gaspar Cunha da Silva

To the U.S. Department of Justice and the U.S. District Court,

I, Gaspar Cunha da Silva, a citizen of the United States currently residing in Brazil, submit this formal statement to establish my claim for restitution and the return of property in the above-referenced criminal case.

I am a professional artist with a career spanning over 50 years. I consigned eight (8) original works of art to Daniel Elie Bouaziz and Danieli Fine Art. These works were either sold without my knowledge or payment, or were seized by federal agents during the investigation.

I. Schedule of Property and Value The total value of my claim is $35,300.00 USD, based on the signed consignment receipts and gallery contracts attached to this statement:

| Artwork Title / Description | Value (USD) |
|---|---|
| Marilyn Monroe (46-30) | $1,800 |
| New York Rio de Janeiro (58-30) | $1,800 |
| Cell phone and family (58-30) | $1,800 |
| New York (54-45) | $1,800 |
| Horses (29-38) | $1,800 |
| Horses (59-29) | $1,800 |
| New York Brooklyn Bridge (59-47) | $22,500 |
| Amerikan Bar | $1,800 |
| TOTAL RESTITUTION CLAIM | $35,300 |

II. Declaration of Representation I am handling this claim as a pro se victim. While I have family in Florida, I am managing this process independently from Brazil. Please direct all official correspondence and restitution payments to my contact information below.

III. Request for Relief

1. Restitution: I request that the Court include my name and the full amount of $35,300 in the final Restitution Order.

2. Repatriation of Art: If any of the works listed above are held in FBI or U.S. Marshals evidence, I request they be released to a certified art courier for shipment to my address.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: ______________________ Gaspar Cunha da Silva

Contact Information: Address: [Rua Laumar Rocha Filgueira 414 C. Jarim Patos de Minas,MG.38705-220 ] Phone: 01155-34 99781 0000] gasparcunha1@yahoo.com . Make deposit direct to my bank in USA .West fargo.DECLARAÇÃO DE PROPRIEDADE E DECLARAÇÃO

0925964

(12)

DE IMPACTO DA VÍTIMA Data: 23 de fevereiro de 2026 Número do processo: 22-cr-80099 (Estados Unidos vs. Daniel Elie Bouaziz) Requerente: Gaspar Cunha da Silva

Ao Departamento de Justiça dos EUA e ao Tribunal Distrital dos EUA,

Eu, Gaspar Cunha da Silva, cidadão dos Estados Unidos residente no Brasil, apresento esta declaração formal para estabelecer meu pedido de restituição e devolução de propriedade no processo criminal acima mencionado.

Sou artista profissional com uma carreira de mais de 50 anos. Confiei oito (8) obras de arte originais a Daniel Elie Bouaziz e à Danieli Fine Art. Essas obras foram vendidas sem meu conhecimento ou pagamento, ou foram apreendidas por agentes federais durante a investigação.

I. Lista de Bens e Valores O valor total da minha reivindicação é de US$ 35.300,00, com base nos recibos de consignação assinados e nos contratos com a galeria anexados a esta declaração:

Título/Descrição da Obra de Arte Valor (USD)

Marilyn Monroe (46-30) US$ 1.800

Nova York Rio de Janeiro (58-30) US$ 1.800

Celular e família (58-30) US$ 1.800

Nova York (54-45) US$ 1.800

Cavalos (29-38) US$ 1.800

Cavalos (59-29) US$ 1.800

Ponte do Brooklyn (59-47) US$ 22.500

Barra Americana US$ 1.800

TOTAL DA REIVINDICAÇÃO DE RESTITUIÇÃO US$ 35.300

II. Declaração de Representação Estou conduzindo esta reivindicação como vítima em causa própria. Embora eu tenha família na Flórida, estou gerenciando este processo de forma independente do Brasil. Favor direcionar toda a correspondência oficial e pagamentos de restituição para as minhas informações de contato abaixo.

III. Pedido de Tutela

1. Restituição: Solicito que o Tribunal inclua meu nome e o valor total de US$ 35.300 na Ordem de Restituição final.

2. Repatriação de Obras de Arte: Se alguma das obras listadas acima estiver sob custódia do FBI ou dos U.S. Marshals, solicito que sejam liberadas para um serviço de entrega de obras de arte certificado para envio ao meu endereço.

3. Declaro, sob pena de perjúrio, de acordo com as leis dos Estados Unidos da América, que o acima exposto é verdadeiro e correto.

0625965

(13)

Assinatura: ______________________ Gaspar Cunha da Silva

Informações de Contato: Endereço: [Rua Laumar Rocha Filgueira 414 C. Jarim Patos de Minas, MG. 38705-220] Telefone: 01155-34 99781 0000] gasparcunha1@yahoo.com. Deposite diretamente em minha conta bancária nos EUA, em West Fargo.

---

---

---

0925596

(14)

4. **Repatriation of Art:** If any of the works listed above are held in FBI or U.S. Marshals evidence, I request they be released to a certified art courier for shipment to my address.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Signature:** ________________ **Gaspar Cunha da Silva**

**Contact Information:** Address: [Rua Laumar Rocha Filgueira 414 C. Jarim Patos de Minas,MG.38705-220 ] Phone: 01155-34 99781 0000] gasparcunha1@yahoo.com . Make deposit direct to my bank in USA .West fargo.

0925 4 5 0 9 4

We the People

*Of the United States,*
*in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

3

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA



UNITED STATES OF AMERICA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 683650857

Surname / Nom / Apellidos
DA SILVA

Given Names / Prénoms / Nombres
GASPAR CUNHA

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
19 Nov 1951

Place of birth / Lieu de naissance / Lugar de nacimiento
BRAZIL

Sex / Sexe / Sexo
M

Date of issue / Date de délivrance / Fecha de expedición
20 Jul 2022

Authority / Autorité / Autoridad
United States Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
19 Jul 2032

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51

USA

P<USADA<SILVA<<GASPAR<CUNHA<<<<<<<<<<<<<<<<<
6836508574USA5111198M3207198717931317<105276

0925565964

16




09256964

2016

# DANIELI

Date Received January 11th, 2023

I GASPAR CUNHA officially enter with today's date into a 12 Months Binding Consignment arrangement with DANIELI Fine Art Galleries.
The Artist GASPAR CUNHA will receive for every Painting sold 40 percent of the Net sale proceeds within 7 Business days of such concluded sale transaction.
The Artworks Consigned are

1. AMERICAN BAR 58X30 1800 USD
2. NEW YORK RIO 58X30 1,800 USD
3. MARILYN MONROE 46X30 1,800 USD
4. CELLPHONE 5025 58X30 1,800
5. NEW YORK 54X45 1,800 USD
6. HORSES 38X29 1,800 USD
7. HORSES 59X29 1,800 USD
8. New York Brooklyn bridge 59 x 47 1/2 2,500 USD

Signed and Undersed this day of January 2023 by GASPAR CUNHA

Danieli Fine Art
226 Worth Ave Palm Beach Florida 33480
Email: fr.danieli@gmail.com
Phone : +1-561-613-1482

0925696 4

DEPOSIT TICKET
TO BE USED FOR DEPOSIT TRANSACTIONS

**GASPAR CUNHA DA SILVA**
**MARIA A CUNHA**
1805 SANS SOUCI BLVD APT 109
NORTH MIAMI, FL 33181-3001

☐ CASH
INCLUDING COINS

63-751/631 10882
1010319848638

List
Checks
Singly

TOTAL ITEMS

OR TOTAL FROM REVERSE

SUB TOTAL

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT

WELLS FARGO
Wells Fargo Bank, N.A.
Florida
wellsfargo.com

LESS CASH RECEIVED

$ 35,300 .00

Thirty five five dollars - Three hundred dollars 0/100

DO NOT USE DEPOSIT TICKET ROUTING # FOR AUTOMATIC PAYMENTS. USE VOIDED CHECK.

⑆528700390⑆ 1010319848638⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

Weather: Mostly sunny, 42/32 METRO ★ FINAL Sunday

# DAILY NEWS

2.8 MILLION READERS EVERY SUNDAY NYDailyNews.com

16 City Lights DAILY NEWS Sunday, April 7, 1991

## CITY LIGHTS GUIDE

(Continued from page 15)

[illegible]

showing at 3:10, 7:05 and 10:20. Audrey Hepburn and George Peppard star in Blake Edwards' Breakfast at Tiffany's, Wed.-Thu., Fri. and Sat. at 1:30, 5:40 and 9:55 with Hepburn, Gregory Peck and Eddie Albert in Roman Holiday at 3:35, 7:50 and 12. 180 St. Marks Pl., 254-7400.

## THEATER

### IN PREVIEWS

► BLACK EAGLES. Graham Brown, Brian Evaret Chandler and Norma Douglas star in Leslie Lee's drama on WWII black fighter pilots. Ricardo Khan directed. City Center Stage 1, 131 55th St., 581-7907.

► THE GOOD TIMES ARE KILLING ME. Lynda Barry's comedy about two girls — one white, the other black — going through adolescence. Mark Brokaw directed. Second Stage, 2162 Broadway, 873-6103.

► I HATE HAMLET. Evan Handler plays a soap star who takes the title role in a free production of "Hamlet" in Paul Rudnick's comedy. Celeste Holme and Nicol Williamson co-star. Michael Engler directed. Opens Mon. Walter Kerr, 219 W. 48th St., 582-4022.

► MAKING HISTORY. Brian Friel's drama on folk hero Hugh O'Neill, who tried to drive England out of Ireland in 1591. Charlotte Moore directed. Opens Wed. Samuel Beckett, 410 W. 42d St., 279-4200.

► MISS SAIGON. Jonathan Pryce, Lea Salonga, Hinton Battle, Willy Falk, Liz Callaway, Barry K. Bernal and Kam Cheng star in Claude-Michel Schonberg and Alain Boublil's musical love story set in 1975 Saigon. Nicholas Hytner directed. Opens Thu., Broadway, B'way & 53d St., 239-6200.

► OH, KAY! Ron Dawn Chong stars in James Racheff's adaptation of the 1926 musical comedy. Choreographer Dan Siretta directed. Opens Thu., Lunt-Fontanne, 205 W. 46th St., 575-9200.

► THE SECRET GARDEN. Mandy Patinkin stars in Marsha Norman's musical adaptation of Frances Hodgson Burnett's novel about a young girl who discovers a magical garden on her uncle's estate. Susan Schulman directed. St. James, 246 W. 44th St., 398-0280.

► THE WILL ROGERS FOLLIES. Keith Carradine stars as Will Rogers in a musical account of the political humorist/vaudevillian's life. Choreographer Tommy Tune directed. Palace, 1564 Broadway, 730-8200.

### OFF-BROADWAY

► ADVICE FROM A CATERPILLAR. Ally Sheedy stars as a beautiful video artist who looks for love in the least likely places in director Edgar Lansbury's romantic comedy. Harley Venton co-stars. Lucille Lortel, 121 Christopher St., 924-8782.

► A FUNNY THING HAPPENED ON THE WAY TO THE FORUM. Jack Cirillo, Chris Callen, Jason Greer and Ken Parks head the cast in composer Stephen Sondheim and director Pamela Hunt's musical. York Theatre, 2 E. 90th St., 534-5366.

► AND THE WORLD GOES 'ROUND. Bob Cuccioli, Karen Mason, Brenda Pressley, Jim Walton and Karen Ziemba perform in director Scott Ellis' revue, featuring John Kander and Fred Ebb's music. Westside Theatre, 407 W. 43d St., 315-2244.

► A ROOM OF ONE'S OWN. Eileen Atkins stars in a one-woman play based on the life and works of Virginia Woolf. Patrick Garland directed. Lambs Theater, 130 W. 44th St., 888-4200.

► CARREÑO. Pamela Ross stars as the Venezuelan piano virtuoso Teresa Carreno. Gene Frankel directed. Intar Theater, 420 W. 42d St., 695-1368.

★ THE FANTASTICKS. The Tom Jones-Harvey Schmidt play about love and innocence, now in its 31st year, still holds the title of being the world's longest-running musical. Sullivan Street Playhouse, 181 Sullivan St., 674-3838.

★ FORBIDDEN BROADWAY 1991. "Devastatingly funny" new musical parody (Russell). Theater East, 211 E. 60th St., 838-9090.

► HENRY IV PARTS I AND II: Larry Bryggman, Thomas Gibson, Jared Harris & Louise Lasser star in director JoAnne Akalaitis' production of the Shakespeare classic. Closes today. Public/Newman, 425 Lafayette St., 598-7150.

► THE KINGFISH. John McConnell stars as the Louisiana politician Huey P. Long in director Perry Martin's one-man play. John Houseman, 450 W. 42d St., 967-9077.

★ [illegible] John Leguizamo stars in the [illegible] comedy about [illegible]. Peter Askin directed. American Place Theatre, 111 W. 46th St., 840-3074.

► [illegible]. Classical comedy with a good deal of nonsense about five hams putting on a show (Nelson). Douglas Fairbanks, 432 W. 42d St., 239-4321.

★ OTHER PEOPLE'S MONEY. Steven Keats & Priscilla Lopez star in Jerry Sterner's comedy about company takeovers. "A very fine play" (Nelson). Minetta Lane, 18 Minetta Lane, 420-8000.

► PYGMALION. [illegible] Shaw's classic. [illegible] W. 23d St., 206-[illegible]

► RED SCARE ON SUNSET. Charles Busch [illegible] comedy [illegible] Theatre, 519 W. 23d St., 206-[illegible]

► REMEMBRANCE. [illegible]

► SMOKE ON THE MOUNTAIN. [illegible] Lamb's Theatre [illegible] 997-1780.

► THE SUBSTANCE OF FIRE. [illegible]

► TONY & TINA'S WEDDING. [illegible] St. John's Church, 81 Christopher St. [illegible]

### KIDS' KORNER

[illegible]



# A Rainforest Grows in Manhattan

With Earth Day around the corner, what better way to celebrate and, at the same time, call attention to the fragility of our ecological system than with an exhibition that calls attention to that very thing. Gaspar Cunha, a Brazilian artist whose every stroke speaks of the pain he feels for the destruction of the rainforest, has been given a niche in the offices of Varig Brazilian Airlines to exhibit his paintings through Friday. Just take the elevator up to the second floor, turn right, walk to Suite 330 and enter a world where you will be engulfed by the beauty that is the Amazon — as painted by her native son. Cunha's love for the rainforest can be felt in all his works, as in the one above, "Barbara and Friends," inspired by his daughter. [illegible]







Gasper Conli

Mural by
Harris et
was avail








Coca Cola




NEW YORK
BRASIL

2016

# DANIELI

F I N E A R T

Date Received January 11th. 2023

I GASPAR CUNHA officially enter with today's date into a 12 Months Binding Consignment arrangement with DANIELI Fine Art Galleries.
The Artist GASPAR CUNHA will receive for every Painting sold 40 percent of the Net sale proceeds within 7 Business days of such concluded sale transaction.

*The Artworks Consigned are:*

1. AMERICAN BAR 58X30 1800 USD
2. NEW YORK RIO 58X30 1,800 USD
3. MARILYN MONROE 46X30 1,800 USD
4. CELLPHONE 5025 58X30 1,800
5. NEW YORK 54X45 1,800 USD
6. HORSES 38X29 1,800 USD
7. HORSES 59X29 1,800 USD
8. New York Brooklyn bridge 59 x 47 1/2 2,500 USD

---

Signed and Endorsed this day of January 2023 by GASPAR CUNHA

Danieli Fine Art
226 Worth Ave Palm Beach Florida 33480
Email: Di.danieli@gmail.com
Phone : +1 561-653-1482

0925 9564

DEPOSIT TICKET
TO BE USED FOR DEPOSIT TRANSACTIONS

**GASPAR CUNHA DA SILVA**
**MARIA A CUNHA**
1805 SANS SOUCI BLVD APT-109
NORTH MIAMI, FL 33181-3001

☐ CASH INCLUDING COINS ▶

63-751/631 10882
1010319848638

List Checks Singly

DATE ______________________
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TOTAL ITEMS

OR TOTAL FROM REVERSE

SUB TOTAL ▶

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT

WELLS FARGO
Wells Fargo Bank, N.A.
Florida
wellsfargo.com

LESS CASH RECEIVED ▶

$ 35,300 .00

DO NOT USE DEPOSIT TICKET ROUTING # FOR AUTOMATIC PAYMENTS. USE VOIDED CHECK.

Thirty five five dollars - Three hundred dollars 00/100

⑆528700390⑆ 1010319848638⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

Correios

BRASIL
Correios

## CP72 - AIRWAY BILL - AWB

Correios
EXPORTA FÁCIL

**Inserir aqui toda a documentação necessária para o desembaraço da mercadoria no Brasil e no exterior.**

**DE / FROM**

1 Nome / Name GASPAR CUNHA DA SILVA
Endereço / Address Rua Laumar Rocha Filgueira, -, 414

| CEP / Postal Code | Cidade-UF / City-State | País / Country |
|---|---|---|
| 38705220 | PATOS DE MINAS - MG | BRASIL |

| Pessoa Contato / Contact Person | Tel - Fax / Phone - Fax | E-mail |
|---|---|---|
| | 34 - 997810000 | |

**PARA / TO**

2 NOME / NAME FBO MIAMI FIELD OFFICE
Addressee's reference (if any) (tax code/VAT number/Importer code)
ENDEREÇO / ADDRESS 701 CLEMENTE STREET 102

| CIDADE-UF / CITY-STATE | PAÍS / COUNTRY |
|---|---|
| WEST PALM BEACH - FL | ESTADOS UNIDOS DA AMÉRICA |

| CEP / POSTAL CODE | TEL - FAX / PHONE - FAX | E-MAIL |
|---|---|---|
| 33401 | 349 - 97810000 | |

11 Número da etiqueta / Item ID
EB075993490BR
**EXPORTAÇÃO COMERCIAL**

12 CNPJ / CPF DO REMETENTE
25296213653

13 Registro da EXPORTAÇÃO
Já registrado - Tipo:
Nº:

| Nº do pacote Number of the item | Nº total de pacotes Total number of items |
|---|---|
| 1 | 1 |

3 **INFORMAÇÕES PARA ALFÂNDEGA / CUSTOMS INFORMATION**

| Descrição do Conteúdo / Description of Contents | QTD QTY | Valor Value ($ see field 15) | Valor Value (R$) | Peso Líquido Net Weight (in kg) | Código NCM do Produto Tarif Nr. | Unidade de Comercialização Commerce Unit | Código do País de Fabricação Origin Country Code |
|---|---|---|---|---|---|---|---|
| Papers | | | | | | | |
| TOTAL → | | | | | | | |

| 4 FOLHA SUPLEMENTAR SUPPLEMENTARY SHEET | 5 Peso Bruto / Gross Weight (kg) | 6 Valor do Seguro (DES) / Insured Value (SDR) |
|---|---|---|
| NÃO | 0,139 | |

14 CÓDIGO DO PAÍS DE DESTINO / *ADDRESSEE COUNTRY CODE* — US 2496

| 15 Código da Moeda de Negociação / *Business Currency Code* | 16 Tipo Exportação (Código) | Natureza da Operação (código) | Prazo Exportação Temporária (em dias) |
|---|---|---|---|
| USE | 11 | | |

7 OBSERVAÇÕES / COMMENTS

GASPAR CUNHA DA SILVA
Rua Laumar Rocha Filgueira 414
C. Jardim. PATOS DE MINAS MG
38705 220

INSPECTED

DEVOLUÇÃO / R
☐ Mudou-se
☐ Recusado
☐ Desconhecido
☐ Não procurado
☐ Ausente
Tentativas de entrega

CARIMBO

EMS BRAZILIAN POST

26 FEV 2026

MG

AR

PESO / WEIGHT (kg)

0,139

EB 07599349 0 BR

CORREIOS

FBI MIAMI Field office
Att court case. 080099
701 clemente street 102 West Palm
Beach Florida - 33401 USA